David Karl Gross, ABA #9611065
Mara E. Michaletz, ABA #0803007
Birch Horton Bittner & Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATHFINDER AVIATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> XTO ENERGY, INC. and SCOTT ) <br> GRIFFITH, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 3:15-cv-00200-HRH |

## PLAINTIFF'S CROSS-MOTION
## FOR PERMISSION TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff, Pathfinder Aviation, Inc. ("Pathfinder"), by and through undersigned counsel, and hereby moves the court for permission to file an amended complaint. This motion is supported by the attached Opposition to Defendants' Motion to Dismiss and Memorandum in Support, affidavit and exhibits.

PATHFINDER V. XTO, GRIFFITH                                    CASE NO. 3:15-CV-00200-HRH
CROSS-MOTION TO AMEND COMPLAINT                                                 PAGE 1 OF 2
F:\507468\1\00485280.DOCX

Case 3:15-cv-00200-HRH   Document 12   Filed 11/25/15   Page 1 of 2

DATED this 25th day of November, 2015.

> BIRCH HORTON BITTNER & CHEROT
> Attorneys for Plaintiff
>
> By: /s/ David Karl Gross
> David Karl Gross, ABA #9611065
> Mara E. Michaletz, ABA #0803007
> 1127 West Seventh Avenue
> Anchorage, AK 99501
> Telephone: 907.276.1550
> Facsimile: 907.276.3680
> Email: dgross@bhb.com
> mmichaletz@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of November, 2015, a true and correct copy of the foregoing was served on the following via the CM/ECF electronic delivery system:

Mr. Barat M. LaPorte
Oles Morrison Rinker & Baker LLP
laporte@oles.com

BIRCH HORTON BITTNER & CHEROT

By: /s/ David Karl Gross