Barat M. LaPorte, ABA#9511064
Oles Morrison Rinker & Baker LLP
601 West Fifth Avenue, Suite 900
Anchorage, Alaska  99501-2154
Tel:     (907) 258-0106
Fax:    (907) 258-5519
Email:   laporte@oles.com

*Attorneys for Defendants XTO Energy Inc. and Scott Griffith*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATHFINDER AVIATION, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XTO ENERGY INC. and<br>SCOTT GRIFFITH,<br><br>　　　　Defendants. | Case No. 3:15-cv-00200-HRH<br><br>**DEFENDANTS' MOTION TO DISMISS CLAIMS FOR NEGLIGENT MISREPRESENTATION AND VIOLATION OF THE UTPA PURSUANT TO FRCP 12(b)(6) AND TO STRIKE PRAYER FOR PUNITIVE DAMAGES** |

Defendants XTO Energy, Inc. and Scott Griffith, by and through their undersigned counsel of record, hereby move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Pathfinder Aviation, Inc.'s claims for Negligent Misrepresentation (Count IV) and Violation of the Unfair Trade Practices Act (Count V) as alleged in its First Amended Complaint against Defendants XTO Energy, Inc. and Scott Griffith.

Defendants further move to strike Plaintiff's prayer for punitive damages because there are no viable claims for which punitive damages are available.

*Defendants' Motion to Dismiss Claims for Negligent Misrepresentation
and Violation of the UTPA Pursuant to FRCP12(b)(6) and to Strike
Prayer for Punitive Damages*
Page 1 of 2

*Pathfinder Aviation, Inc. v.
XTO Energy Inc., et al.*
Case No. 3:15-cv-00200-HRH

Case 3:15-cv-00200-HRH   Document 22   Filed 03/04/16   Page 1 of 2

Defendants' motion is supported by the memorandum filed herewith.

Respectfully submitted this 4th day of March, 2016 at Anchorage, Alaska.

OLES MORRISON RINKER & BAKER LLP


By: s/Barat M. LaPorte
Barat M. LaPorte, ABA No. 9511064

*Attorneys for Defendants XTO Energy Inc. and Scott Griffith*

CERTIFICATE OF SERVICE
I hereby certify that on March 4, 2016, a copy of the foregoing document was served electronically on the following:

David K. Gross
Mara E. Michaletz

OLES MORRISON RINKER & BAKER LLP

s/Barat M. LaPorte

4814-7356-0878, v. 1

**OLES MORRISON RINKER & BAKER LLP**
601 West Fifth Avenue, Suite 900
Anchorage, Alaska 99501-2154
Tel: (907) 258-0106   Fax: (907) 258-5519

*Defendants' Motion to Dismiss Claims for Negligent Misrepresentation and Violation of the UTPA Pursuant to FRCP12(b)(6) and to Strike Prayer for Punitive Damages*
Page 2 of 2

*Pathfinder Aviation, Inc. v. XTO Energy Inc., et al.*
Case No. 3:15-cv-00200-HRH

Case 3:15-cv-00200-HRH   Document 22   Filed 03/04/16   Page 2 of 2