David Karl Gross, ABA #9611065
Mara E. Michaletz, ABA #0803007
Birch Horton Bittner & Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATHFINDER AVIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> XTO ENERGY, INC. and SCOTT GRIFFITH, <br><br> Defendant. | Case No.: 3:15-cv-00200-HRH |

**PLAINTIFF'S MOTION TO SUBSTITUTE HAS AVIATION, LLC FOR PATHFINDER AVIATION, INC. AS PLAINTIFF**

COMES NOW Plaintiff, Pathfinder Aviation, Inc. ("Pathfinder"), by and through undersigned counsel of record, and hereby moves the Court to substitute HAS Aviation, LLC for Pathfinder as the Plaintiff in this litigation, pursuant to Fed. R. Civ. P. 25(c). As of September 12, 2016, all rights, claims, and obligations attendant to this litigation have been assigned from Pathfinder to HAS Aviation, LLC. Rule 25(c) provides that if "an interest is transferred, the action may be continued against the original party unless the Court, on motion, orders the transferee to be substituted in the action or joined with the original party." Fed. R. Civ. P. 25(c). The Rule thus

simply requires that an interest be transferred during the pendency of litigation such that the Court in its discretion may direct that the transferee be substituted or joined as a party.[1] The Court has wide discretion under Rule 25(c) to effectuate its "primary purpose," which courts have long recognized is to ensure that "the litigation [is] conducted by the real party in interest."[2]

Because the litigation interests of this suit have transferred by assignment to HAS Aviation, LLC, Plaintiff requests a likewise substitution of the new real party in interest to reflect this transfer. Undersigned counsel for Pathfinder will continue as counsel for HAS Aviation, and the corporate disclosure information previously provided to the Court has not changed. *See* Docket No. 16, filed November 25, 2016.

DATED this 12th day of September, 2016.

                                      BIRCH HORTON BITTNER & CHEROT
                                      Attorneys for Plaintiff

                                      By: /s/ David Karl Gross
                                            David Karl Gross, ABA #9611065
                                            Mara E. Michaletz, ABA #0803007
                                            1127 W. Seventh Avenue
                                            Anchorage, AK 99501
                                            Telephone: 907.276.1550
                                            Facsimile: 907.276.3680
                                            Email: dgross@bhb.com
                                                              mmichaletz@bhb.com

---

[1] *See Esparza v. Indymac Bank, F.S.B.*, 2010 WL 2925391, at *2 (N.D. Cal. 2010). (decision to grant or deny substitution within "sound discretion of the court.").

[2] *Montecatini Societa Generale per L'Industria Mineraria e Chimica v. Humble Oil & Refining Co.*, 261 F. Supp. 587, 590-91 (D. Md. 1966); *see also Hirsch v. Bruchhausen*, 284 F.2d 783, 786 (2d Cir. 1960) (finding that, under Rule 25(c), substitution was appropriate "to make sure that the real issue was litigated between the parties actually involved").

PATHFINDER V. XTO, GRIFFITH                              CASE NO. 3:15-CV-00200-HRH
PLAINTIFF'S MOTION TO SUBSTITUTE PARTY              PAGE 2 OF 3
507468\1\00543227
Case 3:15-cv-00200-HRH   Document 36   Filed 09/12/16   Page 2 of 3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of September, 2016, a true and correct copy of the foregoing was served on the following via hand delivery:

Ms. Barat M. LaPorte
Oles Morrison Rinker & Baker LLP
601 W. Fifth Avenue, #900
Anchorage, AK 99501-2154

BIRCH HORTON BITTNER & CHEROT


By: /s/ David Karl Gross

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

PATHFINDER V. XTO, GRIFFITH                                CASE NO. 3:15-CV-00200-HRH
PLAINTIFF'S MOTION TO SUBSTITUTE PARTY                     PAGE 3 OF 3
507468\1\00543227
Case 3:15-cv-00200-HRH   Document 36   Filed 09/12/16   Page 3 of 3