David Karl Gross, ABA #9611065
Mara E. Michaletz, ABA #0803007
Birch Horton Bittner & Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATHFINDER AVIATION, LLC AND HAS AVIATION, LLC,<br><br>   Plaintiffs,<br><br> vs.<br><br>XTO ENERGY, INC. and SCOTT GRIFFITH,<br><br>   Defendants. | Case No.: 3:15-cv-00200-HRH |

**STIPULATION TO DISMISS PATHFINDER AVIATION, LLC WITH PREJUDICE**

Pathfinder Aviation, LLC ("Pathfinder") and Defendants XTO Energy, Inc. and Scott Griffith, through their respective undersigned counsel, do hereby stipulate and agree to the dismissal, with prejudice, of Pathfinder as a plaintiff in this matter. Pathfinder hereafter agrees to cooperate fully in the production of discovery and will make witnesses available as necessary during the pendency of the remaining litigation in this matter between HAS Aviation, LLC and Defendants.

PATHFINDER V. XTO, GRIFFITH     CASE NO. 3:15-CV-00200-HRH
DISMISSAL OF PATHFINDER     PAGE 1 OF 2
507468\1\00587433
Case 3:15-cv-00200-HRH   Document 52   Filed 02/08/17   Page 1 of 2

DATED this 8th day of February, 2017.

           BIRCH HORTON BITTNER & CHEROT
*Attorneys for Plaintiff Pathfinder Aviation, LLC*

By: /s/ David Karl Gross
    David Karl Gross, ABA #9611065
    Mara E. Michaletz, ABA #0803007

OLES MORRISON RINKER & BAKER LLP
*Attorneys for Defendants XTO Energy Inc. and Scott Griffith*

By: /s/ Barat M. LaPorte
    Barat M. LaPorte, ABA #9511064

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of February, 2017, a true and correct copy of the foregoing was served on the following via the CM/ECF electronic delivery system:

Ms. Barat M. LaPorte
Oles Morrison Rinker & Baker LLP
laporte@oles.com

BIRCH HORTON BITTNER & CHEROT

By: /s/ David Karl Gross

PATHFINDER V. XTO, GRIFFITH    CASE NO. 3:15-CV-00200-HRH
DISMISSAL OF PATHFINDER    PAGE 2 OF 2
507468\1\00587433
Case 3:15-cv-00200-HRH  Document 52  Filed 02/08/17  Page 2 of 2

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680