IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HAS AVIATION, LLC,  )
  )
                Plaintiff,  )
  )
vs.  )
  )
XTO ENERGY, INC., and  )
SCOTT GRIFFITH,  )
  )  No. 3:15-cv-0200-HRH
                Defendant.  )
_____)

O R D E R

Dismissal of Pathfinder Aviation, LLC

    Plaintiff Pathfinder Aviation, LLC, and defendants have stipulated to the dismissal of Pathfinder Aviation, LLC.[1] The stipulation is approved.

    Pathfinder Aviation, LLC, is dismissed from this action with prejudice, the parties to bear their respective costs and attorney fees. In accordance with the stipulation, Pathfinder Aviation, LLC, shall cooperate fully in the production of discovery and make witnesses available as necessary during the pendency of the remaining litigation in this matter as between HAS Aviation, LLC, and defendants.

    DATED at Anchorage, Alaska, this  9th  day of February, 2017.

                                                              /s/ H. Russel Holland
                                                              United States District Judge

---

[1] Docket No. 52.

Order – Dismissal of Pathfinder Aviation, LLC       - 1 -