David Karl Gross, ABA #9611065
Mara E. Michaletz, ABA #0803007
Birch Horton Bittner & Cherot
510 L Street, #700
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAS AVIATION, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>XTO ENERGY, INC. and SCOTT GRIFFITH,<br><br>　　　　Defendants. | Case No.: 3:15-cv-00200-HRH |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, HAS Aviation, LLC, and Defendants, XTO Energy, Inc. and Scott Griffith, by and through their undersigned counsel of record, hereby stipulate and agree that the above-captioned case, including all claims that were, could or should have been brought, shall be dismissed with prejudice as between the parties, with each party bearing its own attorneys' fees and costs.

DATED this 8th day of June, 2017.

　　　　　　　　　　　　BIRCH HORTON BITTNER & CHEROT
　　　　　　　　　　　　Attorneys for Plaintiff


　　　　　　　　　　　　By: /s/ Mara E. Michaletz
　　　　　　　　　　　　　　David Karl Gross, ABA #9611065
　　　　　　　　　　　　　　Mara E. Michaletz, ABA #0803007

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
510 L STREET, SUITE 700
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

OLES MORRISON RINKER & BAKER LLP
Attorneys for Defendants

By: /s/ Barat M. LaPorte
Barat M. LaPorte, ABA #9511064

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of June, 2017, a true and correct copy of the foregoing was served on the following via the CM/ECF electronic delivery system:

Ms. Barat M. LaPorte
Oles Morrison Rinker & Baker LLP
laporte@oles.com

BIRCH HORTON BITTNER & CHEROT

By: /s/ Mara E. Michaletz