IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HAS AVIATION, LLC,

          Plaintiff,

vs.

XTO ENERGY, INC., and SCOTT GRIFFITH,

          Defendant.

No. 3:15-cv-0200-HRH

O R D E R

Case Dismissed

Pursuant to the *Stipulation for Dismissal with Prejudice*,[1] filed June 8, 2017, between plaintiff, HAS Aviation, LLC, and defendants, XTO Energy, Inc., and Scott Griffith, this action is hereby dismissed with prejudice and without an award of costs or attorney fees to either party.

DATED at Anchorage, Alaska, this 9th day of June, 2017.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 61.

Order – Case Dismissed      - 1 -